**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 16, 2026

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Massapequa Union Free Sch. Dist. v. New York State Bd. of Regents*, No. 25-3151 & *Native Am. Guardian's Ass'n v. New York State Bd. of Regents*, No. 25-3221

Dear Ms. Wolfe:

This Office represents appellees in the above-referenced appeals, which are being heard together on November 4, 2026. I write to advise the Court of a planned change to the regulation at issue in these appeals, Part 123 of the Regulations of the Commissioner of Education, 8 N.Y.C.R.R. §§ 123.1-123.5.

Part 123 contains five sections. Under Part 123.2, public school districts in New York State are prohibited from utilizing or displaying an Indigenous name, logo, and mascot other than for purposes of classroom instruction. 8 N.Y.C.R.R. § 123.2. Other sections of Part 123 define the term "Indigenous name, logo, or mascot" (Part 123.1), provide certain exceptions to the prohibition (Part 123.4), and set a timeline for implementation (Part 123.3).

No changes are planned for those sections. The planned change is only to a separate section of Part 123, Part 123.5. Part 123.5 requires New York's public school districts, with exceptions not applicable here, to "prohibit school officers and employees when located on school property or at a school function from utilizing or promoting any Indigenous name, logo, or mascot." 8 N.Y.C.R.R. § 123.5.

The Board of Regents intends to repeal Part 123.5. Because of the requirements of New York's State Administrative Procedure Act, including the requirements to provide notice and an opportunity for public comment, the proposed

repeal will not take effect immediately. The proposed repeal will be announced at the November 2026 Board of Regents meeting taking place on November 9 and 10, 2026, with the 60-day notice period commencing thereafter. Following the completion of the 60-day notice and comment period, the matter will return to the Board of Regents in February 2027 for a final vote.

In these appeals, several of appellants' challenges are based on the requirements of Part 123.5. *See, e.g.*, Br. for Massapequa Union Free Sch. Dist. at 33-34; Br. for Native Am. Guardian's Ass'n at 45. Although appellants' challenges based on Part 123.5 are not yet moot, because the repeal is not yet effective, those challenges will likely become moot if the proposed repeal becomes effective. In any event, appellants' challenges based on Part 123.5 independently fail for the reasons explained in appellees' briefs in these appeals. *See* Br. for Appellees (No. 25-3151) at 44-46, 48-51; Br. for Appellees (No. 25-3221) at 32-33, 39-40, 54-55.

Respectfully submitted,

/s/ Daniel S. Magy

Daniel S. Magy
Assistant Solicitor General
(212) 416-6073