**Office of the New York State Attorney General**

**Letitia James Attorney General**

November 9, 2026

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Massapequa Union Free Sch. Dist. v. New York State Bd. of Regents*, No. 25-3151 & *Native Am. Guardian's Ass'n v. New York State Bd. of Regents*, No. 25-3221

Dear Ms. Wolfe:

I write to provide an update to the Court on the timing of the planned repeal of Part 123.5, which was the subject of my October 16, 2026 letter.

I earlier advised the Court that the proposed repeal of Part 123.5 would be announced at the November 2026 Board of Regents meeting taking place on November 9 and 10, 2026. I have now been informed that the repeal will not be announced during that meeting, and that the current plan is for the proposed repeal to be announced at the December 2026 Board of Regents meeting taking place on December 7 and 8, 2026, with the 60-day notice period commencing thereafter. Following the completion of the 60-day notice and comment period, the plan is for the matter to return to the Board of Regents in March 2027 for a final vote.

If there are any further changes to the timing of the proposed repeal of Part 123.5, I will update the Court.

Respectfully submitted,

/s/ Daniel S. Magy

Daniel S. Magy
Assistant Solicitor General
(212) 416-6073